| | | |
|---|---|---|
| LOUIS G. MILLER, | : | Case No. 1:16-cv-1121 |
| | : | |
| Plaintiff, | : | |
| vs. | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| COMMISSIONER OF | : | |
| SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 17)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on January 23, 2018, submitted a Report and Recommendation. (Doc. 17). Plaintiff filed objections on February 6, 2018. (Doc. 18).[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo*

---

[1] Plaintiff's objections to the Report and Recommendation are not well-taken. Plaintiff's objections are general in nature and merely reargue Plaintiff's claim that the ALJ's decision was not supported by substantial evidence. Plaintiff does not identify any specific alleged errors in the Magistrate Judge's Report and Recommendation for this Court's review. General objections [to a Report and Recommendation] are insufficient to preserve any issues for review; '[a] general objection to the entirety of the magistrate's report has the same effects as would a failure to object.'" *Carter v. Riverside Methodist Hosp.,* No. 2:12-CV-1152, 2013 WL 793558, at *1 (S.D. Ohio Mar. 4, 2013) (Marbley, J.) (quoting *Howard v. Secretary of Health and Human Services,* 932 F.2d 505, 509 (6th Cir.1991).

1

all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, **IT IS ORDERED** that the Commissioner's decision to deny Plaintiff disability insurance benefits is **AFFIRMED**.  The Clerk shall enter a judgment accordingly, whereupon this case shall be **CLOSED**.

**IT IS SO ORDERED**.

Date: March 29, 2018

*Timothy S. Black*
Timothy S. Black
United States District Judge